**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Steven P. Logan | **Date:** November 1, 2021 |
| **Case Number:** CV-21-01781-PHX-SPL | |
| **Thoms et al v. Maricopa County Community College District** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Colleen M. Auer | Lindsey Welter Davis |
| | | Lauren Elliott Stine |
| | | Anthony Frank Pusateri |
| | | Brian Alexander Howie |
| | | James Curtin (Client Rep) |

**PRELIMINARY INJUNCTION HEARING:**

9:08 a.m. This is the time set for Hearing on the Motion for Preliminary Injunction, (Doc. 2). The parties present opening statements. Argument heard on Defendant's Motion (1) to Strike the Declarations of Certain Witnesses; and (2) in Limine to Preclude Certain Witnesses from Testifying, (Doc. 25).

**IT IS ORDERED** that the Motion to Strike, (Doc. 25), is GRANTED as to the declaration of Colleen M. Auer and DENIED as to the declarations of Sylvia Glynn, Claire Ballam, and Kendyl Dvorak.

**IT IS FURTHER ORDERED** that the Motion in Limine, (Doc. 25), is granted as to Colleen M. Auer and DENIED as to Sylvia Glynn, Claire Ballam, and Kendyl Dvorak.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Judicial Notice of a Public Record in Support of Their Motion for Preliminary Injunction, (Doc. 27), is GRANTED.

Discussion held. By stipulation of the parties, Plaintiffs' Exhibits 1, 2, 4- 8, 10, 11, 13-22, 24-28, and 34-38, and Defendant's Exhibits 100-119, 121-131, and 134-149, are admitted into evidence. Dr. Margi Schultz is sworn and examined. Witness is excused. Defendant objects to Plaintiffs' request to examine defense counsel Lindsey Davis. Discussion held. Defendant's objection is sustained. Ms. Davis is not examined. Kamaleilani Moreno is sworn and examined. Witness is excused. Sylvia Glynn is sworn and examined. Over the objection of Defendant, Plaintiffs' Exhibit 49 is admitted. Claire Ballam is sworn and examined. Plaintiffs' Exhibits 41 and 51 are admitted into evidence. Witness is excused. Dr. Schultz, previously sworn, is further examined. Witness is excused. In the interest of time, in lieu of testimony, Defendant's submit the declaration of Rochelle Rivas, (Defendant's Exhibit 101). Closing arguments presented.

**IT IS FURTHER ORDERED** taking the Motion for Preliminary Injunction, (Doc. 2), under advisement.

Case 2:21-cv-01781-SPL   Document 29   Filed 11/01/21   Page 2 of 2

CV-21-01781-PHX-SPL | November 1, 2021
---|---
**Thoms et al v. Maricopa County Community College District** | Page 2 of 2

12:00 p.m. Court adjourned.

Deputy Clerk: Rebekka Walder  **2 hrs and 52 mins**
Court Reporter: Elva Cruz-Lauer  **Start: 9:08 AM**
**Stop: 12:00 PM**