AUER RYAN PC
Elaine Ryan (012870)
Colleen Auer (014637)
20987 N. John Wayne Parkway, B104-374
Maricopa, Arizona 85139
Telephone: (520) 705-7332
eryan@auer-ryan.com
cauer@auer-ryan.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Thoms and Kamaleilani Moreno,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County Community College District,<br><br>Defendant. | No. CV-21-01781-PHX-SPL<br><br>PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE DEADLINES AND STAY CASE<br><br>Assigned to the Honorable Steven P. Logan |

The parties hereby notify the Court that they have reached an agreement in principle to settle this matter. Counsel are in the process of preparing a written settlement agreement and stipulation for dismissal and anticipate that they will be in a position to file the stipulation within approximately forty-five (45) days.

Thus, the parties request that the Court: (i) vacate the deadlines set in the December 8, 2021 Order (Doc. 42); and, (ii) stay the case until the date the stipulation for dismissal is filed.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1 |      Plaintiffs are filing this Notice and Motion with Defendant's approval and
2 | permission.
3 |
4 |      Dated this <u>31st</u> day of January, 2022.
5 |
6 |                                              AUER RYAN PC

By: /s/Colleen M. Auer
    Elaine A. Ryan
    Colleen M. Auer
    20987 N. John Wayne Parkway, B104-374
    Maricopa, Arizona 85139
    Telephone: (520) 705-7332
    eryan@auer-ryan.com
    cauer@auer-ryan.com
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

/s/ Colleen M. Auer