# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Thoms and Kamaleilani Moreno, <br><br> Plaintiffs, <br><br> v. <br><br> Maricopa County Community College District, <br><br> Defendant. | No. CV-21-01781-PHX-SPL <br><br> [PROPOSED] ORDER <br><br> Assigned to the Honorable Steven P. Logan |

Upon consideration of the Parties' Notice of Settlement in Principle and Motion to Vacate Deadlines and Stay Case, and good cause appearing,

**IT IS ORDERED:**

That the Parties' Motion to Vacate Deadlines and Stay Case is **granted**, the deadlines set in the December 8, 2021 Order (Doc. 42) are **vacated**, and the case is stayed until the date the stipulation for dismissal is filed.