IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Thoms, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District,<br><br>    Defendant. | No. CV-21-01781-PHX-SPL<br><br>**ORDER** |

  Before the Court is the parties' fourth Stipulation to Extend (Doc. 84), in which the parties request an extension of the deadline for Plaintiffs to file a motion for attorneys' fees and costs. The Stipulation will be granted. The Court, however, is not inclined to give indefinite extensions. Accordingly, the parties are warned that no further extensions will be granted.

  **IT IS ORDERED** that the Stipulation to Extend (Doc. 84) is **granted**. Defendants shall have until **September 16, 2022** to file an Application for Attorneys' Fees and Costs.

  Dated this 8th day of September, 2022.

                    Honorable Steven P. Logan
                    United States District Judge